IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JESSE J. WILLEMSEN,

    Plaintiff,

  v.

BIOMAT USA, INC.,
GRIFOLS SHARED SERVICES NORTH
AMERICA, INC., and
ABC INSURANCE COMPANY,

    Defendants.

Case No. 2:21-cv-00435

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), Plaintiff Jesse J. Willemsen, by and through his counsel, Habush Habush & Rottier S.C., and Defendants Biomat USA, Inc., and Grifols Shared Services North America, Inc., by and through their counsel, O'Neil, Cannon, Hollman, DeJong & Laing S.C., hereby stipulate and agree that this case be dismissed by the Court, with prejudice and on the merits, without an award of costs of fees to any party.

Dated this: June 25, 2021

[*Signature page follows*]

HABUSH HABUSH AND ROTTIER S.C.
Attorneys for Plaintiff Jesse J. Willemsen

/s/ Joseph M. Troy_____
Joseph M. Troy
4100 Boardwalk Ct.
Appleton, WI 54914
Telephone: 920-738-0900
Email: jtroy@habush.com


O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.
Attorneys for Defendants Biomat USA, Inc. and Grifols Shared Services North America, Inc.

/s/ *Gregory W. Lyons*_____
Gregory W. Lyons
Austin J. Malinowski
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: 414-276-5000
Email: greg.lyons@wilaw.com
　　　　austin.malinowski@wilaw.com